# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ALFREDO ALAVEZ BARRIOS, <br> Defendant. | Case No. 18-cr-4506-BAS <br><br> **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |

Upon the motion of the Government, and for good cause shown, IT IS HEREBY ORDERED THAT:

The United States' Motion to Dismiss the Indictment against ALFREDO ALAVEZ BARRIOS without prejudice is GRANTED.

DATED: April 15, 2019

_____
HON. CYNTHIA BASHANT
U.S. DISTRICT JUDGE